**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
EDUARDO MONTOYA,

                         Plaintiff,

         -against-

EMPIRE STATE DEVELOPMENT CORPORATION, et al.,

                       Defendants.
---------------------------------------------------------------x

No. 19-CV-4092 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on January 7, 2020. As discussed at the conference, the parties shall submit a joint status letter by **February 7, 2020** regarding the Court's subject-matter jurisdiction over this case.

**SO ORDERED.**

Dated: January 7, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge